IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AXIS CAPITAL, INC., | ) | 8:12CV227 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GRONINGER INSURANCE AGENCY, LLC, JAMES E. GRONINGER, II, and JONATHAN H. GRONINGER, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

　　　IT IS ORDERED that the parties' joint stipulation (filing 25), treated as an unopposed motion for enlargement of time, is granted, as follows: Defendants shall have until November 13, 2012, to respond to Plaintiff's motion to dismiss (filing 20).

　　　October 9, 2012.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge