IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AXIS CAPITAL, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>GRONINGER INSURANCE AGENCY, LLC, JAMES E. GRONINGER, II, JONATHAN H. GRONINGER,<br><br>   Defendants. | 8:12CV227<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The parties' joint motion to continue, (Filing No. 64), is granted.

2) The unexpired progression deadlines for this case are stayed pending further order of the court.

3) Within ten (10) days following the court's ruling on the pending motion for summary judgment, counsel for the parties shall contact my chambers to set a conference call for discussing and setting further case progression deadlines.

4) The clerk shall set a case management deadline of February 5, 2014 for monitoring the progression of this case.

October 28, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge