IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AXIS CAPITAL, INC., | ) | 8:12CV227 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| GRONINGER INSURANCE | ) | |
| AGENCY, LLC; | ) | |
| JAMES E. GRONINGER, II; and | ) | |
| JONATHAN H. GRONINGER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the parties' joint motion for extension of time (filing 70) is granted, as follows:

1. Defendant's deadline to respond to plaintiff's motion for summary judgment (filing 38) is extended to December 6, 2013; and,
2. Plaintiff's deadline to reply is extended to December 20, 2013.

November 25, 2013.        BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge