IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AXIS CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GRONINGER INSURANCE AGENCY, LLC, JAMES E. GRONINGER, II, JONATHAN H. GRONINGER, <br><br> Defendants. | 8:12CV227 <br><br> **ORDER** |

IT IS ORDERED:

1) The parties' joint stipulation, (Filing No. 74), is granted.

2) As set forth in the court's prior order, (Filing No. 67), all case progression deadlines are stayed.

3) The deadlines for responding and/or replying to the pending motion for summary judgment are stayed.

4) A telephonic conference with the undersigned magistrate judge will be held on **February 4, 2014** at **11:30 a.m.** to discuss the status of the parties' anticipated settlement. This conference will be cancelled if, prior to February 4, 2014, the court is notified that the case is fully settled. Counsel for Plaintiff shall place the call.

December 18, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge