IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AXIS CAPITAL, INC., | ) | 8:12CV227 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| GRONINGER INSURANCE AGENCY, LLC, JAMES E. GRONINGER, II, and JONATHAN H. GRONINGER, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the parties' joint stipulation (filing 76), and Fed.R.Civ.P. 41(a),

IT IS ORDERED that this action, including all claims and counterclaims, is dismissed with prejudice.

DATED this 25th day of March, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

-1-